Lisa M. Gomez
Erika M. Medina (3582009)
COHEN, WEISS AND SIMON LLP
900 Third Ave, 21st Floor
New York, NY 10022-4869
Tel:    (212) 563-4100
E-mail: Lgomez@cwsny.com; Emedina@cwsny.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------- x
                                                     :

NEW JERSEY SPINE AND ORTHOPEDICS, LLC, :

               Plaintiff,                           :     Civil Action No. 2-18-CV-08093

                   vs.                               :

NATIONAL ASSOCIATION OF LETTER       :    **STIPULATION OF DISMISSAL**
CARRIERS HEALTH BENEFIT PLAN, John Doe  :    **OF COMPLAINT**
(1-100) a fictitious person who is presently unknown :
and XYZ, Corp. (1-100), a fictitious partnership,     :
corporation, sole proprietorship, limited liability     :
company and/or self -funded health benefits plan    :
whose identity is presently unknown ,               :

                     Defendant.                      :
                                                     :
------------------------------------------------------------- x

        The matter in difference in the above-captioned action having been amicably resolved by and between plaintiff, New Jersey Spine and Orthopedics, LLC, and defendant National Association of Letter Carriers Health Benefit Plan, it is hereby stipulated and agreed that the complaint is hereby dismissed with prejudice <u>as against the National Association of Letter Carriers Health Benefit Plan</u>, each party to bear its own costs.  No other defendants have been served in this action.

00959148.1

- 2 -

|  |  |  |  |
|---|---|---|---|
| Dated: May 21, 2018 | | Dated: May 21, 2018 | |
| By: | s/ Jeffrey M. Halkovich<br>Jeffrey M. Halkovich<br><br>DeGrado Halkovich, LLC<br>540 Hudson Street, 5th Floor<br>Hackensack, New Jersey 07601<br><br>Attorneys for Plaintiff | By: | /s/ Erika M. Medina<br>Erika M. Medina<br>Lisa M. Gomez<br>Cohen, Weiss and Simon LLP<br>900 Third Avenue, 21st Floor<br>New York, NY 10022-4869<br>(212) 563-4100<br><br>Attorneys for Defendant<br>NALC Health Benefit Plan |

So ordered.

_____
U.S.D.J.